UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CASTELLON,<br><br>Petitioner<br><br>v.<br><br>PEOPLE OF THE STATE OF CA.,<br><br>Respondent. | Case No. SACV 15-00221-PA (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; (2) Petitioner's request for an evidentiary hearing (Dkt. No. 15) is DENIED; and (3) the Petition is dismissed, with prejudice, as untimely.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: August 28, 2015            _____
                                 PERCY ANDERSON
                                 UNITED STATES DISTRICT JUDGE