JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY CASTELLON,<br><br>Petitioner<br><br>v.<br><br>PEOPLE OF THE STATE OF CA.,<br><br>Respondent. | Case No. SACV 15-00221-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this act

DATE: August 28, 2015

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE